**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TIMOTHY HANNAH, | : | No. 218 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : | |
| SCHOOL REFORM COMMISSION, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.